Book **1713** Page **683**
Alamance County, NC
Recorded 08/23/2002    02:29:00pm
No 9999-00041114   1 of    2 pages
Excise Tax:              $195.00
Muriel W Tarpley, Register of Deeds

# NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax: $ 195.00

Parcel Identifier No. _____ Verified by _____ County on the ____ day of _____, 20__
By: _____

Mail/Box to: O'Neal Law Office, PLLC, 338 Holly Hill Lane, Burlington, NC 27215

This instrument was prepared by: O'Neal Law Office, PLLC, 338 Holly Hill Lane, Burlington, NC 27215

Brief description for the Index: _____

THIS DEED made this 21 day of August, 2002, by and between

| GRANTOR | GRANTEE |
|---|---|
| Piedmont Building Inspection Services, A Partnership | Belinda Baldwin<br>406 Rauhut Street<br>Burlington, NC 27215 |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of Burlington, _____ Township, Alamance County, North Carolina and more particularly described as follows:
BEING ALL OF LOT NUMBER ONE (1), containing 0.191 acres, more or less, a shown on plat of Boswell Surveyors, Inc., date March 20, 2002 entitled "Final Plat Redivision Lots 1, 2, and 3 City of Burlington (Previously recorded as Plat Book 38, Page 110 recorded in Plat Book 66, Page 401, Alamance County Registry.

The property hereinabove described was acquired by Grantor by instrument recorded in Book  1649  page  753 .

A map showing the above described property is recorded in Plat Book  66  page  401 .

NC Bar Association Form No. L-3 © 1976, Revised © 1977, 2002
Printed by Agreement with the NC Bar Association – 1981    SoftPro Corporation, 333 E. Six Forks Rd., Raleigh, NC 27609

Workflow 9999-00041114

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions: All easements, restrictions, rights of way of record, and current year and subsequent ad valorem taxes.

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

Piedmont Building Inspection Services  NC Partnership
(Entity Name) _____ (SEAL)

By: _____
Title: ~~President~~ PARTNER _____ (SEAL)

By: _____
Title: PARTNER _____ (SEAL)

By: _____
Title: _____ (SEAL)

---

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____ personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed. Witness my hand and Notarial stamp or seal this ___ day of _____, 20__.

My Commission Expires: _____

Notary Public

---

State of North Carolina - County of Alamance

I, the undersigned Notary Public of the County and State aforesaid, certify that DONALD ALFORD AND ARTHUR HALL personally came before me this day and acknowledged that ~~he is~~ they are the ~~President~~ PARTNERS of Piedmont Building Inspection, a North Carolina or _____ ~~corporation/limited liability company/general~~ partnership ~~/limited partnership~~ (strike through the inapplicable), and that by authority duly given and as the act of such entity, ~~+~~ they signed the foregoing instrument in its name on its behalf as its act and deed. Witness my hand and Notarial stamp or seal, this 21 day of August, 2002.

My Commission Expires: 10/10/05

*OFFICIAL SEAL*
Notary Public, North Carolina
County of Alamance
Christopher Marc O'Neal
My Commission Expires

Notary Public

---

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____

Witness my hand and Notarial stamp or seal, this ___ day of _____, 20__.

My Commission Expires: _____

Notary Public

---

The foregoing Certificate(s) of Christopher Marc O'Neal a notary of the governmental units designated is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

MURIEL W. TARPLEY Register of Deeds for Alamance County

By: Robin C. Smith   ~~Deputy~~/Assistant - Register of Deeds

NC Bar Association Form No. L-3 © 1976, Revised © 1977, 2002
Printed by Agreement with the NC Bar Association – 1981    SoftPro Corporation, 333 E. Six Forks Rd., Raleigh, NC 27609

