**SO ORDERED.**

**SIGNED this 18 day of December, 2009.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In Re:
**Belinda Gray Baldwin**

Social Security No.: xxx-xx-3480
Address: 406 Rauhut Street, Burlington, NC 27217-

Debtor

Case No. 09-09854-8-JRL
Chapter 13

## ORDER RESTRICTING ACCESS TO FILED DOCUMENT

**ON MOTION** of the Debtor Belinda Gray Baldwin for an Order Restricting Access to Filed Document, and pursuant to Rule 9037(d) and for good cause shown, it is

**ORDERED** that the Clerk of Court shall disable public access to Proof of Claim # 4 filed by Duke University Health System on 11/19/2009  Access to this Proof of Claim may still be provided by the Clerk of Court to Debtor, Debtor's attorney, the Trustee, and the Bankruptcy Administrator upon request.

Duke University Health System, by service of a copy of this Order, is directed to amend the Proof of Claim #4 filed in this case within twenty (20) days from entry of this Order with any private information redacted.

End of Document