**VAN–124** Order Continuing Hearing – Rev. 09/15/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Belinda Gray Baldwin
 ( debtor has no known aliases )
406 Rauhut Street
Burlington, NC 27217

CASE NO.: 09–09854–8–JRL

DATE FILED: November 10, 2009

CHAPTER: 13

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:    Thursday, February 25, 2010
TIME:    10:30 AM
PLACE:   300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

Motion For Relief From Stay, Or In The Alternative Motion For Adequate Protection filed by Kimberly A. Sheek on behalf of Ocwen Loan Servicing, LLC

The automatic stay shall remain in effect until the date of the hearing.

DATED: January 27, 2010

J. Rich Leonard
United States Bankruptcy Judge