**VAN–057** Notice to Creditors and Other Parties In Interest – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Belinda Gray Baldwin
 *( debtor has no known aliases )*
406 Rauhut Street
Burlington, NC 27217

CASE NO.: 09–09854–8–JRL

DATE FILED: November 10, 2009

CHAPTER: 13

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE: Wednesday, March 10, 2010
TIME: 11:30 AM
PLACE: 300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

to consider and act on the following matters:

Objection To Debtor's Claim Of Exemptions filed by Trustee John F. Logan.

and to transact all other business as may properly come before the court.

DATED: February 3, 2010

Stephanie J. Edmondson
Clerk of Court