VAN–100 Notice of Continued Hearing – Rev. 09/15/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Belinda Gray Baldwin
 ( debtor has no known aliases )
406 Rauhut Street
Burlington, NC 27217

CASE NO.: 09–09854–8–JRL

DATE FILED: November 10, 2009

CHAPTER: 13

## NOTICE OF CONTINUED HEARING

NOTICE IS HEREBY GIVEN that the hearing has been continued and will be held as indicated below:

DATE:   Monday, March 22, 2010
TIME:   11:00 AM
PLACE:  300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

to consider and act on the following matters:

Objection To Debtor's Claim Of Exemptions filed by Trustee John F. Logan.

and to transact all other business as may properly come before the court.

DATED: February 16, 2010

Stephanie J. Edmondson
Clerk of Court