IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:

BELINDA GRAY BALDWIN

09-09854-8-JRL
CHAPTER 13

### NOTICE OF WITHDRAWAL
### OF MOTION FOR RELIEF OR IN THE ALTERNATIVE
### ADEQUATE PROTECTION

Ocwen Loan Servicing, LLC Servicer for U.S. Bank N.A.,in it`s capacity as Trustee for MASTR Asset Backed Securities Trust 2002-NC1 Mortgage Pass-Through Certificates, Series 2002-NC1 ("Ocwen Loan Servicing, LLC"), hereby provides Notice of Withdrawal of the Motion for Relief in the above-captioned case to all parties.

This day, February 19, 2010

*s/Kimberly A. Sheek*
Kimberly A. Sheek
N.C. State Bar No.: 34199
SHAPIRO & INGLE, LLP
Attorney For
Ocwen Loan Servicing, LLC
8520 Cliff Cameron Drive, Suite 300
Charlotte, NC 28269
(704) 333-8107

03-45090

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:

BELINDA GRAY BALDWIN

09-09854-8-JRL
CHAPTER 13

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Belinda Gray Baldwin
406 Rauhut Street
Burlington, NC 27217

(Served via Electronic Notification Only)
John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

(Served via U.S. Mail and Electronic Notification)
John F. Logan
PO Box 61039
Raleigh, NC 27661

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service or by electronic mail, if applicable.  Any party that can be served by electronic mail will receive no other form of notice.

This day, February 19, 2010

*s/Kimberly A. Sheek*
Kimberly A. Sheek
N.C. State Bar No.:  34199
SHAPIRO & INGLE, L.L.P.
8520 Cliff Cameron Drive, Suite 300
Charlotte, NC 28269
(704) 333-8107

03-45090